U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY 0 2 2006

LAWRENCE K. BAERMAN, CLERK
ALBANY

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

****************************

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ONE HONDA CIVIC VIN: 1HGEJ8146YL006609
NEW YORK LICENSE NO.: CYS-5163,

        Defendant.

Civil No. 05-CV-1594
(DNH/RFT)

****************************

WHEREAS, by virtue of the Order Directing Entry of An Uncontested Judgment of Forfeiture which was filed with the United States District Court Clerk's Office for the Northern District of New York on April 28, 2006, it is hereby

ORDERED, ADJUDGED AND DECREED that One Honda Civic VIN: 1HGEJ8146YL006609, New York License No.: CYS-5163 be forfeited to the United States of America for disposition in accordance with law.

MAY 0 2 2006
_____
Date

LAWRENCE K. BAERMAN
_____
Clerk

_Wendy Lindskoog_
(By) Deputy Clerk